\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

JUN 20 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-00821-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAEAIMULI LAPOTA, )
) CASE NO. C11-0821-JLR
Petitioner, )
)
v. ) ORDER OF DISMISSAL
)
ERIC HOLDER, Attorney General of the )
United States, et al., )
)
Respondents. )
_____ )

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, a Writ of Mandamus, and Complaint for Declaratory Relief pursuant to 28 U.S.C. § 2241; the parties' Joint Stipulation and Proposed Order Dismissing Habeas Petition and Complaint; the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge; and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The parties Joint Stipulation and Proposed Order Dismissing Habeas Petition and Complaint is GRANTED, and this matter is DISMISSED with prejudice, and without fees or costs to either party; and

ORDER OF DISMISSAL
PAGE -1

01     (3)     The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02

03     DATED this 19th day of June, 2011.

04

05                                              JAMES L. ROBART  
                                             United States District Judge

ORDER OF DISMISSAL  
PAGE -2